**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JOSHUA ALLEN STRICKLIN                                              PLAINTIFF
ADC #138119

V.                                    NO: 4:08CV00436 HDY

PHIL MASK *et al.*                                                  DEFENDANTS


**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal

taken from the order and judgment dismissing this action is considered frivolous and not in good

faith.

DATED this __13__ day of January, 2009.


_____
UNITED STATES MAGISTRATE JUDGE